**Opinion issued September 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00386-CV

———————————

## IN RE JUSTIN COOK, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Justin Cook, has filed a petition for writ of mandamus challenging the trial court's order that he produce certain records in his personal injury lawsuit.[1] We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a), (d). All pending motions are dismissed as moot.

---

[1]   The underlying case is *Cook v. Spring Transport, LLC and Carlo Chapa*, Cause No. 2019-25292, pending in the 269th District Court of Harris County, Texas, the Honorable Cory Don Sepolio presiding.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.